# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

Clifford W. Taylor,
Chief Justice

132260

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SC: 132260
COA: 266674
Kent CC: 04-005016-FC

THEODORE LEE LAWTON,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the August 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

Clerk